# United States District Court
## For The Western District of North Carolina
## Charlotte Division

ROBERT MICHAEL JORDAN,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                     3:12-cv-536-FDW

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 25, 2012 Order.

Signed: September 25, 2012

*Frank G. John*

Frank G. Johns, Clerk
United States District Court